STATE of Iowa, Appellee,

v.

Jonathan W. BATTEN, Appellant.

No. 58594.

Supreme Court of Iowa.

Feb. 16, 1977.

Loren Thomas Hora, Davenport, for appellant.

Richard C. Turner, Atty. Gen., Lee M. Jackwig, Asst. Atty. Gen., and Edward N. Wehr, County Atty., for appellee.

PER CURIAM:

On this appeal from a conviction and sentence for a violation of § 204.401(a), The Code, Chief Justice MOORE and Justices LeGRAND, UHLENHOPP and HARRIS favor affirming the judgment of the trial court. Justices MASON, RAWLINGS, REYNOLDSON and McCORMICK favor a reversal. Justice REES takes no part.

As the court stands equally divided, the judgment is AFFIRMED by operation of law under § 684.10, The Code.